## Law Offices
## WIMPFHEIMER & WIMPFHEIMER

MICHAEL C. WIMPFHEIMER

July 19, 2021

VIA CM/ECF

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
Courtroom 1305
New York, New York 10007

    Re: *Edward Pincover v. JP Morgan Chase Bank, N.A., et al.*, Case No. 1:21-cv-03524 PAE

Your Honor:

Your Honor has previously scheduled a conference in this matter for Thursday, July 22, 2021. In the interim, Your Honor has extended the time for Wells Fargo to answer or move to August 20, 2021. Consequently, as discussed by me and consented to by the attorneys for JP Morgan Chase, Wells Fargo and Key Bank, we would request that the conference be adjourned until after the answers or motions have been filed.

The matter has been resolved as against defendants, TD Bank and PNC Bank.

On a personal note, I am going to be out of the country from August 18, 2021, through September 9, 2021. Because of Jewish Holidays and my scheduled trip, I would appreciate your rescheduling the conference for either September 13, 14, 17 or 20, 2021.

Thank you for your courtesy,

Respectfully submitted,

MICHAEL C. WIMPFHEIMER

cc: All Counsel of Record via CM/ECF

Granted. The initial pretrial conference presently scheduled for July 22, 2021 at 2:00 p.m. is rescheduled for September 17, 2021 at 2 p.m.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

July 20, 2021

330 West 58th Street · Suite 308 · New York, New York 10019
Tel. 212-247-8448 · Fax 212-247-8196 · Email Michael@mwimpfheimer.com