# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

EDWARD PINCOVER.,

            Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A.,
JPMORGAN CHASE & CO., KEY BANK,
TD BANK, N.A., WELLS FARGO, PNC
BANK,

            Defendants.

Case No.: 1:21-cv-03524-PAE

**NOTICE OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT PNC
BANK ONLY**

COMES NOW Plaintiff Edward Pincover, by counsel, and files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(1)(A)(i) respectfully states as follows:

1.  This matter was initially filed in the New York Supreme Court, County of New York, on April 12, 2021.

2.  On April 21, 2021, the matter was removed from state court to this Court upon notice by Defendant JPMorgan Chase Bank, N.A pursuant to 28 U.S.C. 1332, 1441, and 1446.

3.  To date, Defendant PNC Bank has not made an appearance in this matter.

4.  To date, Defendant PNC Bank has not filed an Answer or Motion for Summary Judgment.

5.  Plaintiff and PNC have resolved this matter.

6.  Accordingly, Plaintiff intends to dismiss all claims asserted against Defendant PNC Bank with prejudice and discontinue this action as related to Defendant PNC Bank.

7.  Accordingly, pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiff hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against Defendant PNC.

8.  Plaintiff requests the Clerk of the Court to mark the docket to reflect that Defendant PNC

Bank is dismissed from this matter in accordance with this notice.

Dated:

Wimpfheimer & Wimpheimer, Esqs.

Michael C. Wimpheimer, Esq.
330 West 58th Street, Suite 308
New York, New York 10019
Tel: 212 247 8448
Fax: 212 247 8196
E-mail: michael@mwimpfheimer.com

*Attorneys for Plaintiff*

**SO ORDERED  J.S.C**

July 20, 2021