*Law Offices*

# WIMPFHEIMER & WIMPFHEIMER

MICHAEL C. WIMPFHEIMER

September 9, 2021

VIA CM/ECF

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
Courtroom 1305
New York, New York 10007

    Re: *Edward Pincover v. JP Morgan Chase Bank, N.A., et al.*, Case No. 1:21-cv-03524 PAE

Your Honor:

Your Honor has previously scheduled a conference in this matter for Friday, September 17, 2021. Due to the fact that motions have been filed by several defendants, I respectfully request that this conference be adjourned to a date after October 25, 2021. I have communicated with attorneys Anthony Valenziano, Stephen Jay Steinlight and Andrew Karamouzis, and they have no objection to adjourning the conference.

Consequently, as suggested by me and consented to by the attorneys for JP Morgan Chase, Wells Fargo and Key Bank, we would request that the conference be adjourned until after October 25, 2021.

Thank you for your courtesy.

Respectfully submitted,

MICHAEL C. WIMPFHEIMER

cc: All Counsel of Record via CM/ECF

Granted,  The conference is adjourned to November 4, 2021 at 2:00 p.m.

SO ORDERED

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

September 10, 2021