

# Moran Karamouzis LLP

ATTORNEYS AND COUNSELORS AT LAW

265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570
516.678.6660
www.mka-law.com

October 27, 2021

**VIA CM/ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
Courtroom 1305
New York, New York 10007

      Re:    *Edward Pincover v. JPMorgan Chase Bank, NA at al.*
              **Case No. 1:21-cv-03524 (PAE)**

Dear Judge Engelmayer:

    This Firm represents defendant KeyBank National Association ("KeyBank") in the above referenced matter. A Preliminary Conference is currently scheduled for November 4, 2021 at 2:00 p.m. At present, there are three separate motions to dismiss pending before the Court as each of the three remaining defendants in this action – JPMorgan Chase Bank, NA, KeyBank and Wells Fargo Bank – have moved to dismiss Plaintiff's Amended Complaint. *See* ECF Dkt. Nos. 40 – 41 (Wells Fargo), 42 – 45 (JPMC) and 46 and 46-1-3 (KeyBank).

    Accordingly, in the interests of judicial economy and efficiency, we respectfully request that the Preliminary Conference be adjourned *sine die* pending the Court's adjudication of the three pending motions to dismiss. Counsel for Plaintiff and counsel for defendants JPMorgan Chase Bank, NA and Wells Fargo Bank have all reviewed this letter application and join in this request.

    Thank you for your attention to and anticipated courtesy in this matter.

                                      Respectfully submitted,

                                      *Andrew P. Karamouzis*
                                      Andrew P. Karamouzis

cc:    Counsel of Record (via CM/ECF)

The request to adjourn is denied. The Court intends, at the scheduled conference, to raise discrete questions regarding the pending motions to dismiss, in addition to discussing the appropriate case management plan.

Counsel are reminded to prepare a Civil Case Management Plan and Scheduling Order and joint letter in accordance with the Court's Individual Rules, found at https://nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court **no later than 4 business days before the initial pretrial conference**.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
October 27, 2021