UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDWARD PINCOVER,

                Plaintiff,                21 Civ. 3524 (PAE)

      -against-

JPMORGAN CHASE BANK, N.A. ET AL,
                Defendants.
------------------------------------------------------------x

PAUL A. ENGELMAYER, District Judge:

    For the reasons set forth by all parties at the November 4, 2021 initial conference, the Court stays discovery in this case pending its resolution of the motions to dismiss.

    SO ORDERED.

                                                            Paul A. Engelmayer
                                                            United States District Judge

Dated: November 5, 2021
       New York, New York