USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EDWARD PINCOVER,

                                    Plaintiff,

      -against-

JPMORGAN CHASE BANK, N.A et al,

                                Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**21-CV-3524 (PAE)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Thursday, January 27, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must send the person with decision making authority to settle the matter to the conference. Plaintiff himself is excused from attending, and out of state corporate representatives are permitted to take part by FaceTime. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 20, 2022 by 5:00 p.m.**

SO ORDERED.

Dated: November 22, 2021
       New York, New York

_Katharine H Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge