```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDWARD PINCOVER,

                         Plaintiff,

           -against-

JPMORGAN CHASE BANK, N.A et al,

                     Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**ORDER CONVERTING
SETTLEMENT CONFERENCE TO
TELEPHONIC**

**21-CV-3524 (PAE)**

       The Settlement Conference in this matter scheduled for **Thursday, January 27, 2022 at 2:00 p.m.** is hereby converted to a telephonic conference.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding.**  Pre-conference submissions must be received by the Court no later than **January 20, 2022 by 5:00 p.m.**

       SO ORDERED.

Dated: January 6, 2022
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge